IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                              CASE NO. 1:15-cr-00001-MP-GRJ

LAWRENCE KEITH LAPLANTE,

    Defendant.
_____/

# O R D E R

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated March 29, 2016. (Doc. 40). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Defendant was granted an extension to file objections, Doc. 45, and filed objections on Doc. 46. Though the objections were filed one day late, I have made a de novo review based on those objections.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation, Doc. 40, is adopted and incorporated by reference in this order.

2. Defendant's Motion to Suppress, Doc. 28, and Defendant's Amended Motion to Suppress, Doc. 30, are DENIED.

    **DONE AND ORDERED** this *28th* day of April, 2016



                                        *s/Maurice M. Paul*
                                    Maurice M. Paul, Senior District Judge