# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    *Plaintiff,*

v.                       CASE NO. 1:15-cr-00001-MP-GRJ

LAWRENCE KEITH LAPLANTE,

    *Defendant.*

_____/

### O R D E R

Pursuant to N.D. Fla. Loc. R. 72.3, and by the consent of Defendant, this matter was assigned and designated to the Magistrate Judge for the taking of a guilty plea. This cause now comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 28, 2016. ECF No. 71. Pursuant to the Report and Recommendation, to which there has been no timely objections, and subject to this Court's consideration of the plea agreement pursuant to Federal Rule of Criminal Procedure 11, the plea of Guilty of the Defendant to Count One of the Indictment against him is hereby **ACCEPTED**. All parties shall appear before the Court for sentencing as directed.

    **SO ORDERED on August 2, 2016.**

                    **s/Mark E. Walker**
                    **United States District Judge**